1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DeMARCUS MASON,

12              Petitioner,
                                            NO. CIV. S-11-2641 LKK/KJN
13         v.

14
      SCOTT R. JONES, Sheriff of
15    Sacramento County and                 O R D E R
      Jailer of the Sacramento
16    County Jail,

17              Respondent.
      _____/
18

19         On October 6, 2011, Petitioner DeMarcus Mason filed a

20    complaint, a first amended complaint, and a motion--each seeking

21    "a TRO ordering the respondent Sheriff Scott R. Jones to permit the

22    visit of one DeMario Chappell with petitioner in the Sacramento

23    County Jail."  Pl's Compl., ECF No. 1, at 7; First Am. Compl., ECF

24    No. 2, at 1; Mot. ECF No. 4, at 1.

25         On October 6, 2011, Petitioner also filed an application to

26    proceed without prepayment of fees and affidavit.  Mot., ECF No.

                                      1

3.

On October 6, 2011, the Hon. John A. Mendez issued a minute order in this case denying Petitioner's motion for a temporary restraining order, stating that "Petitioner provides no basis for this Court's jurisdiction and no legal authority demonstrating that he is entitled to a TRO."  Min. Order, ECF No. 5.

Pending before the court is Petitioner's application to proceed without prepayment of fees and affidavit.

Pursuant to the minute order issued on October 6, 2011, the court DENIES AS MOOT Petitioner's application to proceed without prepayment of fees and affidavit.  Because Petitioner has sought no relief aside from the temporary restraining order, this case is DISMISSED.

IT IS SO ORDERED.

DATED: January 11, 2012.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2