UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DeMARCUS MASON,

    Petitioner,

    v.

SCOTT R. JONES, Sheriff of Sacramento County and Jailer of the Sacramento County Jail,

    Respondent.

    NO. CIV. S-11-2641 LKK/KJN

    O R D E R

/

On October 6, 2011, Petitioner DeMarcus Mason filed a complaint, a first amended complaint, and a motion––each seeking "a TRO ordering the respondent Sheriff Scott R. Jones to permit the visit of one DeMario Chappell with petitioner in the Sacramento County Jail."  Pl's Compl., ECF No. 1, at 7; First Am. Compl., ECF No. 2, at 1; Mot. ECF No. 4, at 1.

On October 6, 2011, Petitioner also filed an application to proceed without prepayment of fees and affidavit.  Mot., ECF No.

1

3.

On October 6, 2011, the Hon. John A. Mendez issued a minute order in this case denying Petitioner's motion for a temporary restraining order, stating that "Petitioner provides no basis for this Court's jurisdiction and no legal authority demonstrating that he is entitled to a TRO." Min. Order, ECF No. 5.

Pending before the court is Petitioner's application to proceed without prepayment of fees and affidavit.

Pursuant to the minute order issued on October 6, 2011, the court DENIES AS MOOT Petitioner's application to proceed without prepayment of fees and affidavit. Because Petitioner has sought no relief aside from the temporary restraining order, this case is DISMISSED.

IT IS SO ORDERED.

DATED: January 11, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2